UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as subrogee and assignee of Montefiore Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>SURGALIGN SPINE TECHNOLOGIES, INC., formerly known as RTI SURGICAL, INC.; and ORGANOGENESIS, INC., formerly known as NUTECH MEDICAL, INC.,<br><br>Defendants. | Case No. 1:22-cv-9870 (JLR) |

**[PROPOSED] ORDER RE NAMING OF DEFENDANT ORGANOGENESIS, INC., FORMERLY KNOWN AS NUTECH MEDICAL, INC.**

This cause having come before the Court on Plaintiff's letter-motion electronically filed on January 27, 2023 ("Letter -Motion"). The Court having considered the Letter-Motion,

**IT IS HEREBY ORDERED** that the Letter-Motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 15 and 21:

1. The Defendant named as "NuTech Spine, Inc." is changed to "Organogenesis, Inc., formerly known as NuTech Medical, Inc."; and

2. Pursuant to Fed. R. Civ. P. 15(c), this amendment relates back to the filing of the original complaint on November 18, 2022.

SO ORDERED.

Dated: February 1, 2023
New York, New York

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge