UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as subrogee and assignee of Montefiore Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>SURGALIGN SPINE TECHNOLOGIES, INC., formerly known as RTI SURGICAL, INC.; and ORGANOGENESIS, INC., formerly known as NUTECH MEDICAL, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:22-cv-9870 (JLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER RESCHEDULING INITIAL PRETRIAL CONFERENCE

This cause having come before the Court on Plaintiff's Letter-Motion to Reschedule the Initial Pretrial Conference ("Motion"). The Court having considered the Motion and the bases for the request therein;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The initial pretrial conference with the Court is rescheduled to ~~March 23, 2023 at 11:30 a.m.~~

**March 23, 2023 at 3 p.m.**

SO ORDERED.

Dated:  February 2, 2023
         New York, New York

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge

1