UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as subrogee and assignee of Montefiore Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>SURGALIGN SPINE TECHNOLOGIES, INC., formerly known as RTI SURGICAL, INC.; and ORGANOGENESIS, INC., formerly known as NUTECH SPINE, INC.,<br><br>Defendants. | Case No. 1:22-cv-09870 (JLR) |

### [~~PROPOSED~~] ORDER FOR SUPPLEMENTAL LIMITED DISCLOSURE PURSUANT TO 45 C.F.R. § 164.512(e)(1)(i)

This cause having come before the Court on Plaintiff and Defendants Organogenesis, Inc.'s Joint Motion for Supplemental Limited Disclosure Pursuant to 45 C.F.R. § 164.512(e)(1)(i) (the "Motion"), the Court having considered the Motion and the bases for the limited disclosure requested therein.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. This Order authorizes, pursuant to 45 C.F.R. § 164.512(e)(1)(i), Plaintiff to disclose a summary of the analysis of the fraudulent charges alleged in the Complaint for the purposes of facilitating a potential early resolution to this matter without the need for any party to issue a formal discovery request.

SO ORDERED.

Dated:  September 29, 2023
        New York, New York

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge

**IT IS FURTHER ORDERED** that the parties are prohibited from using or disclosing the protected health information for any purpose other than this litigation, and must return or destroy the protected health information, including all copies, at the end of this litigation. *See State Farm Mut. Auto. Ins. Co. v. Accurate Med., P.C.*, No. 07-cv-00051 (ENV) (MDG), 2007 U.S. Dist. LEXIS 34410 (E.D.N.Y. May 10, 2007) (permitting the production of non-parties' medical records for purposes of insurance litigation).  The Clerk of Court is respectfully directed to terminate ECF No. 57.