UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as subrogee and assignee of Montefiore Medical Center,<br><br>                       Plaintiff,<br><br>   -against-<br><br>SURGALIGN SPINE TECHNOLOGIES, INC., formerly known as RTI SURGICAL, INC.; and ORGANOGENESIS, INC., formerly known as NUTECH MEDICAL, INC.,<br><br>                       Defendants. | 1:22-cv-09870-JLR<br><br>**JOINT MOTION FOR ORDER DISMISSING ACTION AGAINST DEFENDANT ORGANOGENESIS, INC.** |

## JOINT MOTION FOR ORDER DISMISSING ACTION AGAINST DEFENDANT ORGANOGENESIS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Defendant Organogenesis, Inc., including as successor to NuTech Medical, Inc. ("Organogenesis"), jointly and respectfully move the Court for an Order dismissing this action as it relates to Organogenesis, including all claims National Union has brought against Organogenesis (Counts V-VII of the Second Amended Complaint [Dkt. No. 62]), with prejudice and without costs or attorneys' fees, with all parties waiving any right to appeal. *See Money Tree Capital Funding, LLC v. Money Tree Capital Markets LLC*, No. 22-cv-10084 (ER), 2023 U.S. Dist. LEXIS 36041, at \*\*3-4 (S.D.N.Y. Mar. 3, 2023).

1

Dated: May 17, 2024

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as subrogee and assignee of Montefiore Medical Center | ORGANOGENESIS, INC., formerly known as NUTECH MEDICAL, INC. |
| By Its Attorneys, | By Its Attorneys, |
| GORDON REES SCULLY MANSUKHANI LLP | FOLEY HOAG LLP |
| */s/ Katherine A. Musbach* <br> w permission */s/ Christian A. Garcia* <br> Brian Middlebrook <br> bmiddlebrook@grsm.com <br> 1 Battery Plaza, 28th Floor <br> New York, New York 10004 <br> Telephone: (212) 269-5500 <br><br> Scott L. Schmookler (*Pro Hac Vice*) <br> sschmookler@grsm.com <br> Katherine A. Musbach (*Pro Hac Vice*) <br> kmusbach@grsm.com <br> One North Franklin, Suite 800 <br> Chicago, IL 60606 <br> Telephone: (312) 980-6790 | */s/ Christian A. Garcia* <br> Matthew C. Baltay (*Pro Hac Vice*) <br> Christian A. Garcia (*Pro Hac Vice*) <br> 155 Seaport Boulevard <br> Boston, MA 02210-2600 <br> 617-832-1000 <br> mbaltay@foleyhoag.com <br> cgarcia@foleyhoag.com |

Plaintiff's claims against Defendant Organogenesis, Inc. are dismissed with prejudice.  The Clerk of Court is respectfully directed to terminate Organogenesis, Inc. and close the motion pending at ECF No. 74.  Because the only defendant remaining in this action is Surgalign Spine Technologies, Inc., which remains in bankruptcy proceedings, the Clerk of Court is further directed to mark the case as STAYED.

Plaintiff and Surgalign Spine Technologies, Inc. shall inform the Court promptly when the stay can be lifted.  Plaintiff and Surgalign Spine Technologies, Inc. shall file a joint status letter no later than four months from the date of this order, and every four months thereafter until the stay can be lifted.

Dated: May 21, 2024
      New York, New York

SO ORDERED.

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**