UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, P.A., as
subrogee and assignee of Montefiore Medical
Center,

               Plaintiff,

       -against-

SURGALIGN SPINE TECHNOLOGIES,
INC.,

               Defendant.

Case No. 1:22-cv-09870 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of defense counsel's motion to withdraw as counsel for Defendant. Dkt. 85. The parties are ORDERED to appear for a conference on **June 15, 2026, at 2:30 p.m.** to discuss the motion. The conference will be held virtually via Microsoft Teams. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B, and the parties will receive login credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone conference ID: 129 680 768#.

Any response to the motion by Plaintiff must be filed one week in advance of the conference, by **June 8, 2026**.

Dated: June 1, 2026
     New York, New York

                        SO ORDERED.

                        *Jennifer Rochon*
                        JENNIFER L. ROCHON
                        United States District Judge